UNITED STATES DISTRICT COURT
Southern District of Texas
P.O. Box 61010
Houston Texas 77208

MOORMAN
_____
PLAINTIFF

vs.

Houston, Texas Police Dept.
_____
DEFENDANT

*FILED OCT 20 2014 — David J. Bradley, Clerk of Court*

## COMPLAINT

Name: Clinton L. Moorman Jr
Address: P.O. Box 3065
Orlando, Fl 32802

Phone No.: 407-223-9025

Moorman 1 of 5
vs
Houston Texas Police Dept.

A standard of proof called clear and convincing evidence where my Civil Rights were violated, when the Houston Texas, Police Dept. did not make it mandatory for the accusing officer to appear in court and follow through with his wrongful false arrest charge of shoplifting, and did not read to me the Miranda Rule Warnings, but handcuffed me instead after declaring me under arrest, as he walked up to me and grabbing me and spitefully and maliciously ignoring my pleas, that I have money enough to pay for whats in my cart and I hadn't finish shopping yet. He frisked me, next put me in a waiting police car that hauled me to jail, where I spent approx. the next two months awaiting for trial, where he was a no show for court, defaulting his case and I was released that same day after taking the stand and

2 of 5

testifying and sharing my version of what happened and found not guilty, in criminal court.

LOSSES: I was evicted and lost all of my deposit on my apartment as well as all of its furnishings and rights to stay there. I was forced to drop out of college lost all of my tuition and books that was all out of pocket expenses, and lost my college support help whenever I needed it.

I also lost my financee the love of my life and the reason for coming to Texas to live; no one wants a loser.

I lost my car in an exit ramp accident getting off the beltway after paying a huge towing and storage fee where my car was taken from Krogers parking lot where I had parked before my arrest and hauled away.

My credit was ruined and could not get a place of my own.

I was homeless for quite

3 of 5

awhile until taken in by a church who supplied me with room and board.

I lost my bare shot at life to graduate from community college and go on to a four year school, with the support I needed to make it thru and lost my fiancée and have yet to marry since and am now or will be 63 years old by the 16th of this month of October.

Damages: I am seeking Damages of what Judge Nancy F. Atlas recommended in her first communications with me where the case #H13-3223 was started after being properly removed from the U.S.D. Court of Appeals of Washington D.C. and sent to US District Court Southern District of Texas [Its proper Jurisdiction] and was given to the presiding Judge Nancy F. Atlas to oversee but she later dismissed and

4 of 5

I filed Discrimination charges for violating my Due Process Right to know my Accusers name and address and other important info I needed to know about, that I requested/asked for but didn't get at all. Example How do I properly service of process the right way; whats needed? Whats it cost? Can I service of process through the court system? Whats needed and whats the costs? Can I get the Rules of the Court? Is there a fee for it? I called and wrote for these these items but got Rudely hung up on twice and my correspondence/questions never got answered. I often wondered what kind of court Judge Atlas was running which prompt me to motion to the Court to End this Trial because there is no Dispute meaning the other side had defaulted. The Judge wrote back Denied and I quickly wrote back Motion to End This Trial because Summary Disposition, Summary Judgment Then Judge Atlas wrote dismiss leaving open unfinish business forcing me

5 of 5

me to object by filing a Discrimination charge that I paid a $150.00 for that case to be heard that I have not received an answer to so far just an acknowledgment of the check I sent. That was all and now I'm sending $150.00 to open this case:

MOORMAN
vs
Houston Texas Police Dept.

And request that this above new case give to me the proper name and address of my accusers from that criminal court case I was freed from after my testimony in criminal court where my accusers never showed for court and ruined my life that I'm still trying to recover from.

I request this case to be closed sessions to the Media and Public.
signed   10/12/2014   Clinton L. Moorman, Jr.

United States Courts
Southern District of Texas
FILED
OCT 20 2014
David J. Bradley, Clerk of Court

C.L. MOORMAN
P.O. Box 3065
Orlando, Fl 32802

US District
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208